### William H. HARWOOD, Petitioner–Appellant,

v.

### Cole JETER, Warden, Federal Medical Center Fort Worth, Respondent–Appellee.

### No. 05–11020
### Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 28, 2006.

William Herbert Harwood, Fort Worth, TX, pro se.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Charles O. Dobbs, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, for Respondent–Appellee.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

William H. Harwood, federal prisoner # 03271–063, is serving, inter alia, a 20–year sentence for the use and carrying of a firearm during the commission of a drug-trafficking offense. Harwood has appealed the district court's dismissal of his 28 U.S.C. § 2241 petition challenging the method used by the Bureau of Prisons (BOP) to compute the good-time credit against his sentence authorized by 18 U.S.C. § 3624(b). Harwood contends that the BOP formula reduces his sentence by only 46 days of good-time credit for each year served rather than the 54 days of credit specified by § 3624(b).

Regardless whether Harwood's sentence is computed on the basis of the BOP's interpretation of § 3624(b) or his own, Harwood's release is not imminent. In light of the "temporally distant and speculative nature of [Harwood's] claim," he has failed to establish an "immediate injury" that would be redressed by the relief that he seeks. *See Sample v. Morrison,* 406 F.3d 310, 312 (5th Cir.2005). Accordingly, we conclude that Harwood's § 2241 petition is not ripe for review, and we dismiss

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the appeal for lack of subject matter jurisdiction.

APPEAL DISMISSED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under